HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON, UW MEDICINE HARBORVIEW MEDICAL CENTER, UW MEDICINE CHOICE CARE LLC, LISA BRANDENBURG, in both her official and individual capacity, TIMOTHY DELLIT in both his official and individual capacity, MARK RICHARDS in both his official and individual capacity, KATHY SCHELL in both her official and individual capacity, WILLIAM GOODMAN in both his official and individual capacity, LAURA BARRY in both her official and individual capacity,<br><br>    Defendants. | No. 2:22-cv-01798<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION REGARDING WORD COUNT AND SCHEDULE FOR DISPOSITIVE MOTION<br><br>**NOTE FOR MOTION CALENDAR:**<br>**June 20, 2023** |

**THIS MATTER** came before the Court on the parties' Stipulated Motion and Order Regarding Word Count and Schedule for Dispositive Motion (Dkt. No. 70), the court having reviewed that submission and having considered the papers and pleadings on file herein, the Court,

ORDERS that relief from LCR 7(d)(3) and (e)(3) for Defendants' FRCP 12(c) motion is GRANTED and the word count and schedule is modified as follows:

1. LCR 7(e)(3) is modified as follows:

    (a) Defendants should be allowed **10,000 words** for their opening brief in support of the motion to dismiss and/or for judgment on the pleadings pursuant to FRCP 12(c).

    (b) Plaintiff should be permitted **10,000 words** for her response brief in opposition to Defendants' motion.

    (c) Defendants should be permitted **5,000 words** for their reply in support of their motion.

2. LCR 7(d)(3) is modified as follows:

    (a) Defendants' motion to dismiss shall be noted for consideration on ~~the 6th Friday after filing of the motion~~ the Monday following the 5th Friday after the filing of the motion.[1]

    (b) Plaintiff's ~~reply~~ response brief in opposition to that motions shall be filed on the 4th Friday after the filing of that motion.

    (c) Defendants reply in support of their motion shall filed on the Monday ~~before the noting date~~ following the 5th Friday after the filing of the motion.

Dated this 23rd day of June, 2023.

Marsha J. Pechman
United States Senior District Judge

---

[1] Pursuant to Local Civil Rule 7(b)(1), "[t]he noting date is the date by which all briefing is complete and the matter is ready for the court's consideration, although the court may not issue a ruling on that day." The Parties' proposed noting date has been modified to match the Parties' proposed deadline for Defendants' reply brief, at which point the briefing on the anticipated motion to dismiss will be complete.

~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION REGARDING WORD COUNT AND SCHEDULE FOR DISPOSITIVE MOTION - 2
(2:22-cv-01798-TL)